RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq. (JM 4231)
Richard González, Esq. (RG 9291)
292 Madison Avenue, 11th Floor
New York, NY 10017
212-953-2381
*Attorneys for Petitioners,*
*Poling and Cutler Marine Transportation, LLC,*
*Poling and Cutler Marine Transportation, Inc.,*
*and P & C KRISTIN POLING, INC., as owners*
*and/or owners pro hac vice of the M/V KRISTIN*
*POLING*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT,

Of                                                                     Civil Action No.: 09-cv-07984 (MGC)(DF)

DARREN VIGILANT, as owner of the vessel
QUICK FIX, for Exoneration from and Limitation
of Liability,

Petitioner.

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT,

Of                                                                     Civil Action No.: 09-cv-09348 (MGC)(DF)

POLING AND CUTLER MARINE
TRANSPORTATION, LLC, POLING AND
CUTLER MARINE TRANSPORTATION, INC.,
and P & C KRISTIN POLING, INC., as owners         **STIPULATION AND ORDER**
and/or owners *pro hac vice* of the M/V KRISTIN   **OF DISMISSAL WITH PREJUDICE**
POLING, 281 ft, 1934 tank ship, for Exoneration
from or Limitation of Liability,

Petitioners.

The above captioned matters having been amicably adjusted and agreed to be settled by the undersigned attorneys for the claimant, **LAVANYA APPAJOSYULA**, and the Petitioners, **POLING AND CUTLER MARINE TRANSPORTATION, LLC, POLING AND CUTLER MARINE TRANSPORTATION, INC., and P & C KRISTIN POLING, INC., as owners and/or owners** *pro hac vice* **of the motor vessel KRISTIN POLING., motor vessel KRISTIN POLING, and DARREN VIGILANT, as owner of the vessel QUICK FIX.**

It is hereby Stipulated and Agreed that any and all claims, counter-claims and/or cross-claims, between claimant **LAVANYA APPAJOSYULA** and Petitioners, are discontinued in their entirety with prejudice by **LAVANYA APPAJOSYULA**, and without costs.

It is further Stipulated and Agreed that any and all claims asserted by **POLING AND CUTLER MARINE TRANSPORTATION, LLC, POLING AND CUTLER MARINE TRANSPORTATION, INC., P & C KRISTIN POLING, INC., and the motor vessel KRISTIN POLING,** against **DARREN VIGILANT, as owner of the vessel QUICK FIX,** are discontinued in their entirety with prejudice and without costs.

It is further Stipulated and Agreed that any and all claims asserted by **THE NORTHERN ASSURANCE COMPANY OF AMERICA** against **POLING AND CUTLER MARINE TRANSPORTATION, LLC, POLING AND CUTLER MARINE TRANSPORTATION, INC.,**

**P & C KRISTIN POLING, INC., and the motor vessel KRISTIN POLING,** are discontinued in their entirety with prejudice and without costs.

Dated: July ___, 2011

By: _____
    Val Wamser, Esq.
    Nicoletti Hornig & Sweeney
    88 Pine Street
    New York, NY 10005
    *Attorneys for Petitioner,*
        *DARREN VIGILANT, as*
        *owner of the vessel QUICK FIX*

By: _____
    James E. Mercante (JM 4231) RICHARD GONZALEZ (RG 9291)
    Rubin, Fiorella & Friedman LLP
    292 Madison Avenue, 11th Floor
    New York, New York 10017
    *Attorneys for Petitioners,*
        *Poling and Cutler Marine*
        *Transportation, LLC, Poling*
        *and Cutler Marine Transportation,*
        *Inc., and P & C KRISTIN POLING,*
        *INC., as owners and/or owners pro*
        *hac vice of the M/V KRISTIN*
        *POLING*

By: _____
    Adolph D. Seltzer, Esq.
    270 Madison Ave., Room 140
    New York, NY 100016
    *Attorneys for Claimant,*
        *LAVANYA APPAJOSYULA*

**SO ORDERED:**

Dated: July ___, 2011

_____
    U.S.D.J.