RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq. (JM 4231)
Richard González, Esq. (RG 9291)
292 Madison Avenue, 11th Floor
New York, NY 10017
212-953-2381
*Attorneys for Petitioners,*
*Poling and Cutler Marine Transportation, LLC,*
*Poling and Cutler Marine Transportation, Inc.,*
*and P & C KRISTIN POLING, INC., as owners*
*and/or owners pro hac vice of the M/V KRISTIN*
*POLING*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT,

Of

DARREN VIGILANT, as owner of the vessel
QUICK FIX, for Exoneration from and Limitation
of Liability,

Petitioner.

Civil Action No.: 09-cv-07984 (MGC)(DF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT,

Of

POLING AND CUTLER MARINE
TRANSPORTATION, LLC, POLING AND
CUTLER MARINE TRANSPORTATION, INC.,
and P & C KRISTIN POLING, INC., as owners
and/or owners *pro hac vice* of the M/V KRISTIN
POLING, 281 ft, 1934 tank ship, for Exoneration
from or Limitation of Liability,

Petitioners.

Civil Action No.: 09-cv-09348 (MGC)(DF)

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

-1-

The above captioned matters having been amicably adjusted and agreed to be settled by the undersigned attorneys for the claimant, **LAVANYA APPAJOSYULA**, and the Petitioners, **POLING AND CUTLER MARINE TRANSPORTATION, LLC, POLING AND CUTLER MARINE TRANSPORTATION, INC., and P & C KRISTIN POLING, INC., as owners and/or owners** *pro hac vice* **of the motor vessel KRISTIN POLING., motor vessel KRISTIN POLING, and DARREN VIGILANT, as owner of the vessel QUICK FIX.**

It is hereby Stipulated and Agreed that any and all claims, counter-claims and/or cross-claims, between claimant **LAVANYA APPAJOSYULA** and Petitioners, are discontinued in their entirety with prejudice by **LAVANYA APPAJOSYULA**, and without costs.

It is further Stipulated and Agreed that any and all claims asserted by **POLING AND CUTLER MARINE TRANSPORTATION, LLC, POLING AND CUTLER MARINE TRANSPORTATION, INC., P & C KRISTIN POLING, INC., and the motor vessel KRISTIN POLING, against DARREN VIGILANT, as owner of the vessel QUICK FIX,** are discontinued in their entirety with prejudice and without costs.

It is further Stipulated and Agreed that any and all claims asserted by **THE NORTHERN ASSURANCE COMPANY OF AMERICA** against **POLING AND CUTLER MARINE TRANSPORTATION, LLC, POLING AND CUTLER MARINE TRANSPORTATION, INC.,**

**P & C KRISTIN POLING, INC., and the motor vessel KRISTIN POLING,** are discontinued in their entirety with prejudice and without costs.

Dated: July ___, 2011

By: /s/ Val Wamser
Val Wamser, Esq.
Nicoletti Hornig & Sweeney
88 Pine Street
New York, NY 10005
*Attorneys for Petitioner,*
   *DARREN VIGILANT, as*
   *owner of the vessel QUICK FIX*

By: /s/ James E. Mercante
James E. Mercante (JM 4231) RICHARD GONZALEZ
Rubin, Fiorella & Friedman LLP        (RG 9291)
292 Madison Avenue, 11th Floor
New York, New York 10017
*Attorneys for Petitioners,*
   *Poling and Cutler Marine*
   *Transportation, LLC, Poling*
   *and Cutler Marine Transportation,*
   *Inc., and P & C KRISTIN POLING,*
   *INC., as owners and/or owners pro*
   *hac vice of the M/V KRISTIN*
   *POLING*

By: /s/ Adolph D. Seltzer
Adolph D. Seltzer, Esq.
270 Madison Ave., Room 140
New York, NY 100016
*Attorneys for Claimant,*
   *LAVANYA APPAJOSYULA*

**SO ORDERED:**

Dated: August 31, 2011

_____
U.S.D.J.

S/

-3-